April 7, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ERIC GUY MARKLE, Appellant

NO. 14-13-00961-CR                          V.

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and **REMANDED** for further proceedings in accordance with its opinion.

      We further order this decision certified below for observance.